**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 16-cr-00030-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     OBED GABRIEL DELGADO-MARTINEZ,
     a/k/a MIGUEL DELGADO-MARTINEZ,

      Defendant.
_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

      Pursuant to the Notice of Disposition filed on February 16, 2016 (Docket No. 15). A Change of Plea Hearing is set for **March 8, 2016 at 1:30 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for *March 18, 2016*, and the three-day jury trial scheduled for **March 28, 2016** are VACATED.

DATED this 19th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge